Milton Troy and Charles Andrew Troy, a Minor, by Milton Troy, his Father and Next Friend, Plaintiffs-Appellants, v. Jack Troy, Individually and as Executor Under the Last Will and Testament of Rose Troy, Deceased, Allen Troy, a Minor, and Carroll Troy, a Minor, and Metropolitan Trust Company of Chicago, as Trustee Under Certain Trusts Established Under the Last Will and Testament of Rose Troy, Deceased, Defendants-Appellees.

Gen. No. 45,243.

Barnard & Barnard, for appellants; Morton John Barnard, of counsel; Harry A. Biossat, for certain appellees; Sarsfield Collins, guardian *ad litem*, for certain other appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed December 10, 1951; rehearing denied January 7, 1952; released for publication January 7, 1952.